# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DONNA POWELL AND ROGER POWELL : No. 788 MAL 2015
:
:
:
v. : Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
PENNSYLVANIA HOUSING FINANCE :
AGENCY :
:
:
:
PETITION OF: ROGER POWELL :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.